### SPEIGHTS *v.* ROSS.

BECK, J.    No error is made to appear in the rulings of the court complained of, and there was sufficient evidence to support the verdict.
*Judgment affirmed.    All the Justices concur.*
SEPTEMBER 24, 1910.

Equitable petition.    Before Judge Lewis.    Putnam superior court.    March 17, 1909.

*Greene F. Johnson,* for plaintiff.

*W. F. Jenkins & Son* and *Z. D. Harrison,* for defendant.

---

### GEORGIA RAILWAY AND ELECTRIC COMPANY *v.* MEETZE.

BECK, J.    No material error appearing in those portions of the charge excepted to nor in the rulings of the court complained of; and the evidence being sufficient to support the verdict, the judgment of the court below is        *Affirmed.    All the Justices concur.*
SEPTEMBER 26, 1910.

Action for damages.    Before Judge Pendleton.    Fulton superior court.    April 7, 1909.

*Rosser & Brandon* and *Colquitt & Conyers,* for plaintiff in error.

*Horton Brothers & Burress,* contra.